## LILLARD v. HYATT.

No. 1459.   Opinion Filed January 16, 1912.

(120 Pac. 966.)

**APPEAL AND ERROR—Dismissal—Failure to File Briefs.**   Where plaintiff in error files no brief, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi), the petition in error will be dismissed for want of prosecution.

(Syllabus by Brewer, C.)

*Error from Pontotoc County Court; Joe Terrell, Judge.*

Action by John Lillard against J. E. Hyatt.   From the judgment, Lillard brings error.   Dismissed.

*Galbraith & McKeown,* for plaintiff in error.

*Currie, King & Duncan,* for defendant in error.

Opinion by BREWER, C.   The petition in error and transcript of the record in this case was filed in this court March 4, 1910.   The plaintiff in error has failed to file any brief in the cause, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi).

The petition in error should therefore be dismissed for want of prosecution.   *Hass et al. v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick et al.,* 27 Okla. 778, 117 Pac. 200; *McClelland v. Witherall, infra,* 119 Pac. 205.

By the Court:   It is so ordered.

All the Justices concur.